1012747-10790

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JANET SAHM, PETER SAHM, and DAVID SAHM, As the surviving heirs of GUSTAVE SAHM, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | Cause No.: 4:23-cv-00200-AGF |
| v. | ) ) | |
| ALLEGHENY TECHNOLOGIES INC., et al., | ) ) | **DEFENDANT DEMANDS TRIAL BY JURY** |
| Defendants. | ) | |

## DEFENDANT PARKER-HANNIFIN CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, PARKER-HANNIFIN CORPORATION, Individually, and incorrectly named and served as successor in interest to CLEVELAND WHEELS & BRAKES, makes the following disclosure:

Parker-Hannifin does not have a parent corporation. No publicly held corporation owns 10% or more of Parker-Hannifin's stock.

PARKER-HANNIFIN CORPORATION, Individually,
and incorrectly named and served as successor in
interest to CLEVELAND WHEELS & BRAKES,
Defendant,

BY:  /s/ Michael D. Schag
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Michael D. Schag, #68540

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025 0467
Telephone 618.656.4646
Facsimile 309.420.0402
edwecf@heylroyster.com
mschag@heylroyster.com

1012747-10790

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **28th** day of **February, 2023**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Michael D. Schag