**IN THE UNITED STATES DISTRICTY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANET SAHM, PETER SAHM, and | ) | |
| DAVID SAHM as the surviving heirs of | ) | |
| GUSTAVE SAHM, Deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:23-cv-00200 |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| ALLEGHENY TECHNOLOGIES, INC., | ) | |
| Individually and as successor-in-interest to | ) | |
| TELEDYNE MOVIBLE OFFSHORE, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Textron Aviation Inc. hereby discloses the following:

1.      If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a.      Whether it is publicly traded, and if it is, on which exchange(s): Textron Aviation Inc. is a wholly-owned subsidiary of Textron Inc., which is a publicly traded company on the NYSE.

b.      Its parent companies or corporations (if none, state "none"): Textron Inc.

c.      Its subsidiaries not wholly owned by the subject (if none, state "none"): All Textron Aviation Inc. subsidiaries are wholly-owned by Textron Aviation Inc.

d.      Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): All of the stock of Textron Aviation Inc. is owned by Textron, Inc., which is a publicly traded company.

2.      If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Respectfully submitted,

**SWANSON, MARTIN & BELL, LLP**

By: /s/ *Robert W. Stephens*
Robert W. Stephens, #57505
800 Market Street, Suite 2100
St. Louis, MO 63101
(314) 241-7100
rstephens@smbtrials.com
**ATTORNEYS FOR DEFENDANT**
**TEXTRON AVIATION INC.**

## <u>CERTIFICATE OF SERVICE</u>

 The undersigned hereby certifies that a true copy of the foregoing *Disclosure* was served by electronic filing in the CM/ECF system of the United States District Court for the Eastern District of Missouri this 30th day of March, 2023 to all parties requesting service.

        <u>*/s/ Robert W. Stephens, #57505*  </u>