IN THE UNITED STATES DISTRIC COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANET SAHM, PETER SAHM, AND DAVID SAHM as the surviving heirs of GUSTAVE SAHM, Deceased<br><br>Plaintiffs,<br><br>-vs.-<br><br>ALLEGHENY TECHNOLOGIES, INC., Individually and as successor-in-interest to TELEDYNE MOVIBLE OFFSHORE, INC., et al.,<br><br>Defendants. | Civil Action No.: 4:23-cv-00200 |

**PLAINTIFFS' MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CONTINENTAL AEROSPACE TECHNOLOGIES, INC.**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs, by and through their attorneys, The Gori Law Firm, requests that the Clerk enter an entry of default against Defendant CONTINENTAL AEROSPACE TECHNOLOGIES, INC. (hereinafter "Continental"). In support, Plaintiffs state as follows:

1. On January 13, 2023, Plaintiffs filed their Petition in the Circuit Court of the City of St. Louis, Case No. 2322-CC00094, against Continental and other defendants.

2. On February 20, 2023, Defendant Raytheon Technologies Corporation (hereinafter "RTC") filed a Notice of Removal on the basis of federal officer jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1442(a)(1) (Ex. 1).

3. Rule 81(c) provides time periods in which Continental was required to answer, provided that Continental could answer or present other defenses within the longest of the time periods. *See* Fed. R. Civ. P. 81(c). Rule 81(c)(2)(A) requires a

        responsive pleading within 21 days after being served with the summons and complaint. *Id*. Rule 81(c)(2)(C) requires a responsive pleading within 7 days after the notice of removal is filed. *Id*.

4. Service was effected on Continental on February 3, 2023 (Ex. 2). Continental was required to serve a responsive pleading on or before February 24, 2023, based on when they were served with the summons and complaint. Continental has yet to serve a responsive pleading.

5. Notice of removal was filed on February 20, 2023. Continental was required to serve a responsive pleading on or before February 27, 2023, based on when the notice of removal was filed. Continental has yet to serve a responsive pleading.

6. Continental filed its entry of appearance on May 11, 2023 (Ex. 3).

7. Continental filed its disclosure of organizational interest statement on May 25, 2023 (Ex. 4).

8. Thus, Continental has "failed to plead or otherwise defend" the claims against them and a Clerk's entry of default is warranted pursuant to Rule 55(a).

    WHEREFORE, Plaintiffs respectfully request that the Clerk enter an entry of default against Continental.

Respectfully submitted,

**THE GORI LAW FIRM, P.C.**

By:    */s/ David W. Aubrey*
David W. Aubrey, #6305392IL
Attorney for Plaintiffs
156 N. Main St.
Edwardsville, IL 62025
Phone: (618) 659-9833
Fax: (618) 659-9834
david@gorilaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of July, 2023 the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*[signature]*